UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
CHRISTOPHER R. KOMOROUS
JULIE T. KOMOROUS  CASE NO. 10-70194

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** BAC Home Loans        **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 9161

---

*Final Cure Amount*

Amount of Prepetition Arrears         $2,527.86 (Per Creditor's Proof of Claim)

Amount Paid by Trustee                $2,527.86

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan        ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/6/2014        /s/Lydia S. Meyer
                        Lydia S. Meyer, Trustee
                        308 W. State St., Suite 212
                        Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 6th Day of August, 2014.

Dated:  8/6/2014        /s/Cynthia K. Burnard

BAC HOMELOANS SERV LP f/k/a COUNTRY
MS:TX2-982-03-03
7105 CORPORATE DR PTX-B-209
PLANO, TX 75024

BANK OF AMERICA
450 AMERICAN STREET
SIMI VALLEY, CA  93065

LOVEJOIE E. MCINNIS
KOZENY & MCCUBBIN ILLINOIS, LLC
105 WEST ADAMS STE. 1850
CHICAGO, IL 60603

JOSEPH S DAVIDSON
KOZENY & MCCUBBIN ILLINOIS, LLC
105 WEST ADAMS STREET  SUITE 1850
CHICAGO, IL 60603

CHRISTOPHER R. KOMOROUS
JULIE T. KOMOROUS
702 S. BROADWAY STREET
MC HENRY, IL  60050

JONES & HART LAW OFFICES
666 RUSSEL COURT, #214
WOODSTOCK, IL  60098